PROB12C
(12/02)

# United States District Court
**for**
## The District of Rhode Island

**Petition for Summons for Offender Under Supervision**

**Name of Offender:** John J. O'Malley **Case Number**: 1:00CR00025-01T

**Name of Sentencing Judicial Officer:** Honorable Ernest C. Torres

**Date of Original Sentence:** August 16, 2000

**Original Offense:** Counts 1 - 3: Distribution of Cocaine Base in violation of Title 21, U.S. C. § 841(a)(1).

**Original Sentence:** 37 months incarceration and three years supervised release as to Counts 1, 2, and 3 to run concurrently. The Court recommends the defendant be placed in a shock incarceration program. The Court further recommends the defendant participate in a program of substance abuse counseling and treatment, if it exists, that is consistent with placement in the shock incarceration program. The Court orders the execution of defendant's sentence be deferred until September 3, 2000. As special conditions of supervised release, the defendant shall participate in a program of substance abuse treatment and counseling, to be determined by the U.S. Probation Department and shall perform 10 hours of community service each week in a program to be determined by the U.S. Probation Department, preferably speaking to young adults as to the adverse effects of drugs. Special assessment - $300.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** October 10, 2002

**Assistant U.S. Attorney:** Gerard B. Sullivan **Defense Attorney:** William C. Dimitri

**DEFENDANT HAS PREVIOUS VIOLATION OFFENSES**

**Date of Violation Sentence:** January 14, 2005

**Violation Offenses:**

1) The defendant shall refrain from any unlawful use of controlled substance.
2) The defendant shall not leave the judicial district without the permission of the Court or probation officer.
3) The defendant shall perform 10 hours of community service each week as directed by the probation officer.
4) The defendant shall follow the instructions of the probation officer.
5) The defendant shall answer truthfully all inquires by the probation officer and follow the instruction of the probation officer.
6) The defendant shall submit a truthful and complete written report within the first five days of each month.

**Violation Sentence:** Four months incarceration and three years supervised release with special conditions of substance abuse treatment (inpatient/outpatient), submit up to 72 drug tests per year, complete gambling treatment. For every week the defendant is not employed on a full-time basis, he shall perform 25 hours of community service. For every week the defendant is employed on a full-time basis, he shall perform 10 hours of community services as approved by the U.S. Probation Office. The Court recommends that the defendant's community service be in the form of addressing youth groups on the dangers and problems associated with getting involved in drugs.

**Modification:** On August 16, 2005, the defendant's supervised release was modified to include participation in a program of mental health treatment approved by the U.S. Probation Office.

**Date Supervision Recommenced:** February 10, 2005

---

## PETITIONING THE COURT

☒ To issue a **Summons**

The probation officer believes that the offender has violated the following conditions of supervision:

| **Condition Violated** | **Nature of Noncompliance** |
|---|---|
| **Standard Condition** | **"The defendant shall refrain from any unlawful use of a controlled substance."**<br><br>On August 4, 2005, the defendant admitted that while on a gambling binge approximately two weeks earlier, he used marihuana. |
| **Condition # 2** | **"The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."**<br><br>The defendant failed to submit a monthly report for the month of September 2005 which was due on October 5, 2005. |
| **Condition # 6** | **"The defendant shall notify the probation office at least ten days prior to any change in residence or employment.**<br><br>The defendant has left his employment at Route 6 Auto Mall, Swansea, Massachusetts, in late July 2005 and late September 2005 and failed to notify the probation office. |
| **Special Condition** | **"The defendant shall participate as directed in a program of mental health treatment approved by the Probation Office."** |

On August 9, 2005, Mr. O'Malley was instructed that he would be required to attend mental health counseling weekly. Mr. O'Malley failed to attend mental health counseling sessions on August 24, 2005, August 31, 2005, October 5, 2005, and October 12, 2005.

**Special Condition**

**"For every week the defendant is not employed on a full-time basis, the defendant shall perform 25 hours of community service; for every week the defendant is employed on a full-time basis the defendant shall perform 10 hours of community service as approved by the U.S. Probation office. The Court recommends that the defendant's community service be in the form of addressing youth groups on the dangers and problems associated with getting involved in drugs.**

The defendant has failed to perform 10 hours of community service per week since April 2005 and has not reported to his community service location since September 22, 2005.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that the Court issue a Summons so that the defendant can appear and answer to the alleged violations.

Reviewed and Approved by:

Kurt E. O'Sullivan
Supervising U.S. Probation Officer

Date: 10/18/05

I declare under the penalty of perjury that the foregoing is true and correct:

Kathleen M. Hopkins
U.S. Probation Officer

Date: 10/18/05

## The Court Orders

- ☐ No Action
- ☐ The Issuance of a Warrant
- ☑ The Issuance of a Summons
- ☐ Other

Honorable Ernest C. Torres
Chief U.S. District Judge

10/18/05