FILED
DEC 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR00-25T

JOHN O'MALLEY :

MOTION TO CONTINUE SENTENCING

NOW COMES the undersigned and hereby moves this Honorable Court to continue the sentencing in this matter presently scheduled for February 24, 2006. Counsel represents that he is court excused for that date and respectfully requests that the matter be continued for one week or to a date that is convenient with the Court's calendar.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
1/6/06

Defendant,
By his Attorney,

Kevin Fitzgerald (ER)

Kevin J. Fitzgerald, AFD
Office of the Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 28th day of December, 2006, I hand-delivered a true copy of the within motion to Richard Rose, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903, United States Probation, Exchange Terrace, Providence, RI 02903.