449835

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## *District of Rhode Island*

**UNITED STATES OF AMERICA**

v.

John J. O'Malley

**WARRANT FOR ARREST**

CASE NUMBER: 1:00-CR-00025-01T

RECEIVED
U.S. MARSHALS SERVICE
MAR 07 2008
District of Rhode Island

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest John J. O'Malley
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition

charging him or her with (brief description of offense)

Violation of Conditions of Release

in violation of Title 18 United States Code, Section(s) 3583(d)

Ryan H. Jackson
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

3/7/08
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

RETURN

at Route 95 by RISP

| DATE RECEIVED 03/07/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 03/10/08 | CJ Wyant SDUSM | [signature] |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.